[No. 8392-9-I. Division One. August 29, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL GLENN GUTIERREZ, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 79-1-00911-0, Frank H. Roberts, Jr., J.,

entered January 18, 1980. *Affirmed in part* and *reversed in part* by unpublished opinion per Ringold, J., concurred in by Williams and Callow, JJ.